THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL GOLD, Appellant.

*People* v. *Gold*, 148 App. Div. 896, affirmed.
(Submitted May 3, 1912; decided May 21, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1911, which affirmed a judgment of the Court of Special Sessions of the city of New York con-

victing the defendant of the crime of maintaining a disorderly house.

*Maurice Meyer* for appellant.

*Charles S. Whitman, District Attorney (Stanley L. Richter* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.